**Appeal Dismissed and Memorandum Opinion filed April 7, 2022**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00031-CV

## PATROCINIA SERRANO, AURORA GUZMAN, & GERTRUDE VELASQUEZ, Appellants

## V.

## JOSE ANGEL SERRANO, Appellee

**On Appeal from Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 448463**

## MEMORANDUM OPINION

This is an appeal from an order signed December 17, 2021. The notice of appeal was filed January 17, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't. Code § 51.207 (appellate fees and costs).

On March 8, 2022, this court ordered appellant to pay the appellate filing fee on or before March 18, 2022 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Poissant and Wilson.